AO 440 (Rev. 10/93) Summons in a Civil Action

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT

2004 SEP 10 A II: 48

### District of

U.S. DISTRICT COURT
DISTRICT OF MASS

P & M SERVICES, INC.

V.

ANDRE LAVALLEE

**SUMMONS IN A CIVIL CASE**

CASE

# 04-40173 FDS

TO: (Name and address of Defendant)

ANDRE LAVALLEE
38 HARRINGTON ROAD
CHARLTON, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. KEVIN GROGAN
McCORMICK, PAULDING & HUBER LLP
1350 MAIN STREET, 5th FLOOR
SPRINGFIELD, MA  01103

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

_Sherry Jones_

(By) DEPUTY CLERK

DATE  8/27/04

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

09/02/2004

I hereby certify and return that on 09/02/2004 at 11:00am I served a true and attested copy of the Summons and Complaint & Jury Demand, Civil Cover Sheet, Plaintiff's Rule 7.1 Disclosure Statement, Exhibits 1 & L in this action in the following manner: To wit, by leaving at the last and usual place of abode of ANDRE LAVALLEE at 38 HARRINGTON RD, CHARLTON, MA and by mailing first class mail to the above address on 09/02/2004. Fees: Service $30.00, Travel $17.9?, Conveyance 4.50, Attest 15.00 & Postage and Handling 1.?? Total Fees: $51.40

Deputy Sheriff Ronald E. Richard

*Donald E. Richard*

**Deputy Sheriff**