UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| P&M SERVICES, INC., <br> Plaintiff | ) ) ) | CIVIL ACTION NO. 04-40173-FDS <br> (BBO #633929) |
| v. | ) ) ) | |
| ANDRE LAVALLEE, <br> Defendant | ) ) | |

### AFFIDAVIT OF SETH RODACK

I, Seth E. Rodack, on oath depose and state as follows:

1. I am admitted to practice law in the State of Michigan in the United States District Court for the Eastern District of Michigan.

2. I am a member of the law firm of Brooks Kushman, P.C., 1000 Town Center, 22nd Floor, Southfield, Michigan 48075. My firm and I previously represented Lavallee's employer in other litigation with P&M Services, Inc. in Michigan, Wisconsin and California and I am fully familiar with all of the factual and legal issues involved in this case.

3. I am a member in good standing in every court in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any of the jurisdictions to which I am admitted.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and James P. Hoban, who I understand to be admitted to practice in the Commonwealth of Massachusetts, the United States District Court for the District of

Massachusetts, and the United States Court of Appeals for the First Circuit, will also be filing an appearance in this action.

Signed under the pains and penalties of perjury this 6th day of October 2004.

_____
Seth E. Rodack

STATE OF Michigan

Macomb, ss.                                                                 Date: 6 oct 04

Then appeared before me the above-named Seth E. Rodack and acknowledged the foregoing to be his free act and deed, before me.

_____, Notary Public
My commission expires:

LORRAINE SCHNEIDER
Notary Public, Macomb County, MI
Acting in Oakland Co., MI
My Commission Expires 02/19/2008