UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| P&M SERVICES, INC.,       )<br>Plaintiff                          )<br>                                     )<br>v.                                 )<br>                                     )<br>ANDRE LAVALLEE,       )<br>Defendant                      ) | CIVIL ACTION NO. 04-40173-FDS<br>(BBO #633929) |

## MOTION OF JAMES P. HOBAN TO ADMIT MARK A. CANTOR PRO HAC VICE

I, James P. Hoban, hereby move for the admission of Mark A. Cantor to appear pro hac vice pursuant to Local Rule 83.5.3 on behalf of defendant Andre Lavallee ("Lavallee") and as grounds for this motion, state as follows:

1.	I am a member of the bar of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit, and am appearing in this matter on behalf of Lavallee.

2.	Attorney Mark A. Cantor ("Attorney Cantor") is a member of the law firm of Brooks Kushman, P.C., 1000 Town Center, 22nd Floor, Southfield, Michigan 48075. Attorney Cantor and his firm previously represented Lavallee's employer in other litigation between these parties in Michigan, Wisconsin, and California and is fully familiar with all of the factual and legal issues involved in this case.

3.	Attorney Cantor is a member in good standing of the bars of the State of Michigan, the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court. Attorney Cantor has not

been denied admission to or disciplined by this Court or any other Court and is a member in good standing in every Court to which he has been admitted.

4. An Affidavit of Attorney Cantor attesting to the above facts is being filed with this motion.

5. Given the previous participation of Attorney Cantor in other litigation between the plaintiff and Lavallee's employer, the interests of the parties and of justice will best be served by granting this motion to allow Attorney Cantor's participation, pro hac vice.

WHEREFORE, I request this Court to enter an Order admitting Attorney Mark A. Cantor to appear in this matter on behalf of Andre Lavallee and grant such other relief as the Court deems just and appropriate.

ANDRE LAVALLEE
By his attorney,

/s/ James P. Hoban
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Date: October 13, 2004

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), I, James P. Hoban, local counsel for defendant Andre Lavallee, that I conferred with Mark Demorest, counsel for plaintiff, P&M Services, Inc., on Wednesday, October 13, 2004, by telephone, and he assented to the allowance of this motion. I also spoke to local counsel for P&M Services, Inc., J. Kevin Grogan, on Wednesday, Wednesday, October 13, 2004, by telephone, and he also assented to the allowance of this motion.

/s/James P. Hoban
James P. Hoban
