UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| P&M SERVICES, INC., <br> Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 04-40173-FDS <br> (BBO #633929) |
| v. | ) <br> ) | |
| ANDRE LAVALLEE, <br> Defendant | ) <br> ) | |

### AFFIDAVIT OF MARK A. CANTOR

I, Mark A. Cantor, on oath depose and state as follows:

1. I am admitted to practice law in the State of Michigan, the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court.

2. I am a member of the law firm of Brooks Kushman, P.C., 1000 Town Center, 22nd Floor, Southfield, Michigan 48075. My firm and I previously represented Lavallee's employer in other litigation with P&M Services, Inc. in Michigan, Wisconsin and California and I am fully familiar with all of the factual and legal issues involved in this case.

3. I am a member in good standing in every court in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any of the jurisdictions to which I am admitted.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and James P. Hoban, who I understand to be admitted to practice in the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit, has also appeared in this action.

**Signed under the pains and penalties of perjury this 13th day of October 2004.**

_____
Mark A. Cantor

STATE OF MICHIGAN

OAKLAND, SS.                                             Date: 10/13/04

Then appeared before me the above-named Mark A. Cantor and acknowledged the foregoing to be his free act and deed, before me.

_____
Sandra D. Davis, Notary Public
My commission expires: 6/15/05
Wayne County Notary Acting
in Oakland County

SANDRA D. DAVIS
NOTARY PUBLIC WAYNE CO., MI
MY COMMISSION EXPIRES Jun 15, 2005