UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| P&M SERVICES, INC., a Tennessee corporation,<br>        Plaintiff,<br>v<br><br>ANDRE LAVALLEE,<br>        Defendant. | Case No. 04-40173-FDS<br><br>(Docket No. 5270-0001) |

**ANSWER TO MOTION TO DISMISS**
**PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant Andre Lavallee ("Lavallee") has filed a Motion to Dismiss under Fed. R. Civ. P. 12(b)(6). However, that same rule requires the Motion to be treated as a Motion for Summary Judgment under Fed. R. Civ. P. 56, because Lavallee has presented matters outside the pleadings.

Treated as a summary judgment motion, Lavallee's Motion must be denied. First, it is premature. Pursuant to Rule 56(f), the Court should deny the Motion or continue the Motion until Plaintiff P&M Services, Inc. ("P&M") has a reasonable opportunity to take discovery. Second, Lavallee has mischaracterized the appropriate legal test. He is not "immune" from liability for patent infringement or inducement of patent infringement. Third, there are genuine issues of material fact that preclude summary judgment under Fed. R. Civ. P. 56.

As set forth more fully in the Brief in Opposition, the Court should deny Lavallee's Motion to Dismiss, and award Plaintiff the costs and attorney's fees it has incurred in responding to this matter.

/s/ Arthur F. Dionne
J. Kevin Grogan (MA No. BBO635089)
Arthur F. Dionne (MA No. BBO125760)
John A. Kramer (MA No. BBO643421)
McCormick, Paulding & Huber, LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103-1628
Telephone No. 413-736-5401
Fax No. 413-733-4543

Dated: October 20, 2004

Of Counsel:

Wm. Tucker Griffith
McCormick, Paulding & Huber, LLP
185 Asylum Street, City Place II
Hartford, Connecticut 06103-3402
Telephone No. 860-546-5290
Fax No. 860-527-0464

P:\Demorest\Thomas, Karl\Norkol - Fibercore\Gubb\Lavallee\p-resp mot dismiss.doc