UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| P&M SERVICES, INC., a Tennessee corporation,<br>　　　　　Plaintiff,<br>v<br><br>ANDRE LAVALLEE,<br>　　　　　Defendant. | Case No. 04-40173-FDS<br><br>(Docket No. 5270-0001) |

## DECLARATION OF COUNSEL

The undersigned states as follows:

1.　　If called as a witness in this matter, I could testify competently to the facts set forth below.

2.　　Andre Lavallee's conduct in the infringement of P&M's patents and the inducement of infringement of those patents, as well as the scope of his job duties at L&P Converters, are key issues in this case. These are factual issues.

3.　　Plaintiff P&M Services, Inc. cannot fully respond to Lavallee's Motion to Dismiss (which must be treated as a Motion for Summary Judgment under Fed. R. Civ. P. 56) without the opportunity to take discovery, including, but not limited to, a full deposition of Andre Lavallee.

I declare under penalty of perjury that the foregoing is true and correct.

                                           /s/ Arthur F. Dionne
                                           J. Kevin Grogan (MA No. BBO635089)
                                           Arthur F. Dionne (MA No. BBO125760)
                                           John A. Kramer (MA No. BBO643421)
                                           McCormick, Paulding & Huber, LLP
                                           1350 Main Street, 5th Floor
                                           Springfield, Massachusetts  01103-1628
                                           Telephone No. (413) 736-5401
                                           Facsimile No. (413) 733-4543

Dated:     October 20, 2004

P:\Demorest\Thomas, Karl\Norkol - Fibercore\Gubb\Lavallee\p-declaration.doc