

**ANDRE LAVALLEE**
**7/19/2001**



1

```
1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE SOUTHERN DISTRICT OF FLORIDA

3

4    ***************************

5    NORKOL/FIBERCORE, INC.,    *

6              Plaintiff    * Case No. 01-14019-CIV

7    vs.                       *      -MIDDLEBROOKS

8    L&P CONVERTERS CORP.,      *

9    STERLING TECHNOLOGY, INC. *    Magistrate Judge

10   and MARTIN R. GUBB,        *          Lynch

11             Defendants     *

12   ***************************

13

14

15            DEPOSITION OF ANDRE LAVALLEE

16              At the Law Offices of

17        CATUOGNO COURT REPORTING SERVICES

18         1414 Main Street, Monarch Place

19         Springfield, Massachusetts 0114

20          July 19, 2001      2:03 p.m.

21

22

23            Deborah R. Leonard

24        Registered Professional Reporter
```

ANDRE LAVALLEE
7/19/2001

2

1    APPEARANCES:

2

3    Representing the Plaintiffs:

4         ROBERT J. GORMAN, P.A.

5         1209 Delaware Avenue

6         Fort Pierce, Florida 34950

7         BY:  ROBERT J. GORMAN, ESQ.

8         (561) 465-5311   FAX (561) 465-5722

9

10

11   Representing the Defendants:

12        HOLLAND & BONZAGNI, P.C.

13        Longmeadow Professional Park

14        171 Dwight Road

15        Longmeadow, Massachusetts 01106

16        BY:  DONALD S. HOLLAND, ESQ.

17        (413) 567-2076   FAX (413) 567-2079

18

19

20   In attendance:

21   Karl Thomas

22   Kristen Edwards,

23      Interning Stenographer

24

ANDRE LAVALLEE
7/19/2001

3

```
 1                    I N D E X

 2

 3             DEPONENT:  ANDRE LAVALLEE

 4

 5    CONFIDENTIAL, FOR COUNSEL AND EXPERTS ONLY

 6          Pages 16 to 19

 7          Pages 89 to 99

 8

 9    EXAMINATION BY                    PAGE

10    Mr. Gorman                           5

11    Mr. Holland                        175

12

13    FURTHER EXAMINATION BY            PAGE

14    Mr. Gorman                         180

15

16    EXHIBIT                           PAGE

17    Composite Exhibits C1 through C4, color

18          photographs......................  29

19    Composite Exhibit D, Precision paper saw

20          brochure.........................  29

21    Composite Exhibit E, drawings (designated

22          Confidential)....................  29

23    Composite Exhibit F, blueprints (designated

24          Confidential)....................  30
```

ANDRE LAVALLEE
7/19/2001

4

```
 1   PAGE                                      PAGE
 2   Composite Exhibit G, videotape............  30
 3   Composite Exhibit H, purchase orders, under
 4         cover sheet "4 Chain Saws"
 5         (designated Confidential, Counsel and
 6         Experts Only).......................  30
 7   Composite Exhibit I, purchase orders
 8         (designated Confidential, Counsel and
 9         Experts Only).......................  30
10   Exhibit 16, production request............ 119
11   Exhibit 17, color laser print of three
12         photographs......................... 121
13   Exhibit 18, 8/25/00 letter, Clemmons to
14         [redacted].......................... 158
15   Exhibit 19, 10/27/00 letter, Clemmons to
16         [redacted], with attached quote...... 158
17
18         (Exhibits retained by Attorney Gorman)
19
20
21
22
23
24
```

**ANDRE LAVALLEE**
**7/19/2001**

5

1            ANDRE LAVALLEE, Deponent, having first been

2     duly sworn, deposes and states as follows:

3

4

5        EXAMINATION BY MR. GORMAN:

6

7            Q.      Mr. Lavallee, I'm Bob Gorman.   I

8     represent the plaintiff in this action,

9     Norkol/Fibercore Inc.  And this is an opportunity

10    for us to get some information that you might

11    personally know or have any information about any

12    of the matters in the case.

13            If, for any reason, you don't

14    understand any of my questions, whether I've

15    mumbled, I've asked an incoherent question, it

16    just doesn't make sense, my accent, my mixed

17    accent, any of that, let me know, okay?

18        **A.      All right.**

19        Q.      And if you don't indicate you don't

20    understand the question, I'm going to make the

21    assumption that you do understand it.  Fair

22    enough?

23        **A.      Fine.**

24        Q.      For the record, would you tell us

**ANDRE LAVALLEE**
**7/19/2001**

6

1    your full name and your residence address.

2         A.     Andre Lavallee, 38 Harrington Road,

3    Charlton, Massachusetts.

4              MR. HOLLAND:  And, for the record,

5         we're going to continue with the same

6         stipulations that we did in the earlier

7         deposition?

8              MR. GORMAN:  Sure.

9              MR. HOLLAND:  Including about the

10        confidentiality.  And in this particular

11        instance, there are going to be some

12        instances that are going to be sensitive

13        that I'm not going to know when they --

14        until they occur.  And I hate to have

15        Mr. Thomas jumping up and down.  I don't

16        think there are going to be that many, but

17        there are some that are going to -- that

18        will undoubtedly occur.

19             MR. GORMAN:  We'll address them.  I

20        don't think you and I will have any

21        difficulty, Don, in addressing those.

22             MR. HOLLAND:  Okay.

23             MR. GORMAN:  And I have a pretty

24        good sense of where they might come up.

**ANDRE LAVALLEE**
**7/19/2001**

7

```
 1          We'll try to do that.  I've already
 2          discussed those aspects with my client's
 3          representative.
 4          Q.     (By Mr. Gorman)  Do you have a
 5     middle initial?
 6          A.     A.
 7          Q.     What do you usually go by?
 8          A.     Usually, Andre Lavallee.
 9          Q.     Andre, okay.
10          A.     Except in legal papers, I use my
11     middle initial.
12          Q.     Are you more comfortable as Andre?
13          A.     Yes.
14          Q.     As Andy?
15          A.     Yes.  Oh, Andy is fine.
16          Q.     Okay.  Because, actually, up until
17     today, all's I've ever heard your name referred
18     to was as Andy.
19          A.     Yes.
20          Q.     Is that what people normally call
21     you?
22          A.     Yes.
23          Q.     And I think, just to clarify, I
24     think I caught your address as 38 Harrington
```

ANDRE LAVALLEE
7/19/2001

8

```
 1    Road, Charlton, Mass.?
 2          A.      Yes.
 3          Q.      How long have you resided there?
 4          A.      Two years.
 5          Q.      Prior to that, where did you live?
 6          A.      Thompson, Connecticut.
 7          Q.      Okay, where in Thompson?  Is that
 8    Thompson or Thompsonville?
 9          A.      Thompson.
10          Q.      Thompson, okay.
11          A.      On Route 198, I believe it was, in
12    Thompson.  I had a house there.
13          Q.      How long did you reside there?
14          A.      Thirteen years.
15          Q.      Now, what's your date of birth?
16          A.      February 14th, '38.
17          Q.      And your social security number?
18          A.      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.
19          Q.      And, currently, you have a
20    Connecticut or a Massachusetts driver's license?
21          A.      Mass.
22          Q.      Have you ever had a Connecticut
23    driver's license?
24          A.      Yes.
```

**ANDRE LAVALLEE**
**7/19/2001**

9

1       Q.      And place of birth?

2       **A.      Southbridge, Massachusetts.**

3       Q.      Give me -- well, let me start it

4    this way.  Your employer is, currently, L&P

5    Converters Inc.?

6       **A.      Yes.**

7       Q.      How long have you been employed by

8    L&P Converters?

9       **A.      Fifteen years.**

10       Q.      Have you ever been employed by

11    Sterling Technologies or Sterling Envelope?

12       **A.      No.**

13       Q.      What is your current position with

14    Sterling -- or, excuse me, with L&P?

15       **A.      Maintenance supervisor.**

16       Q.      And what are your duties as

17    maintenance supervisor?

18       **A.      To oversee the maintenance of all**

19    **the machinery, industrial trucks, buildings,**

20    **tractor trailers.**

21       Q.      Okay.

22       **A.      That's it.**

23       Q.      Who is your immediate supervisor?

24       **A.      Martin Gubb.**

**ANDRE LAVALLEE**
**7/19/2001**

1          Q.      And do you have any employees who

2    you supervise?

3          A.      Three.

4          Q.      And what types of duties do those

5    three employees have?

6          A.      **Everything I just mentioned.**

7          Q.      Now, when you say maintenance of --

8    I think you said equipment?

9          A.      **Machinery.**

10          Q.      Machinery?

11          A.      **Mm-hmm.**

12          Q.      Is that machinery that is utilized

13    by the company in its business?

14          A.      **Yes.**

15          Q.      Does it include equipment that might

16    be held in inventory for sale?

17          A.      **Yes.**

18          Q.      And how long have you held the

19    position of maintenance supervisor?

20          A.      **Thirteen years.**

21          Q.      And prior to that, what was your

22    position?

23          A.      **I had my own business.**

24          Q.      Okay.  Well, I think you've been

ANDRE LAVALLEE
7/19/2001

22

1   locations that are involved in the paper

2   industry?

3        A.    Yes.

4        Q.    What photographs have you taken of

5   equipment at other locations?

6        A.    **Well, about three-quarters of the**

7   **machinery that's in the plant now I purchased,**

8   **and I've taken pictures of every one of them.**

9        Q.    Okay.  Have you taken pictures of

10  equipment in other locations that has not been

11  purchased?

12       A.    **At times.**

13       Q.    Have you taken pictures of any

14  equipment that is mobile in nature?

15       A.    **Yes.**

16       Q.    What equipment have you taken

17  pictures of that is mobile in nature?

18       A.    **A saw.**

19       Q.    And when were those pictures taken?

20       A.    **I believe it was April of '98.**

21       Q.    And where were those photographs

22  taken?

23       A.    **I don't recall the name of the**

24  **company.**

ANDRE LAVALLEE
7/19/2001

23

1       Q.      Describe the saw that you took

2    pictures of.

3       A.      They had a base, or a turntable.

4    Channel type frame.  Upright posts.  With an arm

5    coming out of it, with a saw blade on the end.

6    With a hydraulic system.

7       Q.      Anything else about this that you

8    recall?

9       A.      No.

10      Q.      And what was the purpose of taking

11   photographs?

12      A.      To compare it against something we

13   were working on.

14      Q.      "We" being whom?

15      A.      L&P.

16      Q.      And what was it that you were

17   working on?

18      A.      A device to cut paper rolls.

19      Q.      And did you obtain permission to

20   take photographs of that device?

21      A.      Yes, I did.

22      Q.      From whom?

23      A.      The operator of the machine.

24      Q.      And who was that?

ANDRE LAVALLEE
7/19/2001

24

1          A.      I don't know the man's name.

2          Q.      Was anyone with you?

3          A.      No.

4          Q.      Describe this operator.

5          A.      He's fairly tall.  At least my

6    height, or maybe a little higher, a little

7    taller.

8          Q.      How tall are you?

9          A.      Six feet.

10               MR. HOLLAND:  By any chance, was he

11         wearing a gray cap with a visor and --

12               MR. GORMAN:  Objection, counsel.

13         Well, why don't you give us the

14         photographs.

15               MR. HOLLAND:  That's exactly --

16               MR. GORMAN:  That's what was asked

17         for quite some time ago in discovery.

18               MR. HOLLAND:  Nobody -- it didn't

19         come up in today's deposition yet.  I

20         figured --

21               MR. GORMAN:  Well, if you've got

22         them, why don't you give them to me, and we

23         can make it a whole lot easier.

24               MR. HOLLAND:  In addition to those

ANDRE LAVALLEE
7/19/2001

32

1              signatures.  Also noted as Confidential,

2              Counsel and Expert.

3              Q.      (By Mr. Gorman)  Okay, why don't we

4       just go to the photographs.  There's no dates on

5       these.  When were these taken?

6              A.      **There's a date on them.**

7              Q.      There is?

8              A.      **Yes, there is.**

9              Q.      Where's the date on them?

10             A.      **Right below my thumb.**

11             Q.      Okay.  April '98.  And do you know

12      whether that was processing date?  Or how soon

13      after they were taken were they processed?

14             A.      **Probably the next day.**

15             Q.      And how far did you travel to take

16      these?

17             A.      **I'd say about a hundred miles.**

18             Q.      About a hundred miles.  So somewhere

19      within a hundred-mile radius.  Do you know which

20      direction?

21             A.      **They were in southern Connecticut.**

22      **I can tell you that.**

23             Q.      Eastern Graphics?

24             A.      **Possibly.**

ANDRE LAVALLEE
7/19/2001

33

1    Q.    Possibly?

2    A.    I'm not sure.  It could be.

3    Q.    How is it that you went down to

4  Eastern Graphics to take these photographs?

5    A.    My employer asked me to go down.

6    Q.    And what did Mr. Gubb tell you?

7    A.    He said that they had a saw that

8  they were demonstrating.  Or they were -- not

9  demonstrating, I shouldn't say -- cutting rolls

10  of paper with, at this particular location.  I'm

11  not sure of the name.  And he asked me to go down

12  and look at it.

13    Q.    Did he tell you why?

14    A.    To see if it was similar to what we

15  were working on.

16    Q.    And at that point, what were you

17  working on?

18    A.    A device similar to that.

19    Q.    And what was your status -- stage of

20  work, or status?

21    A.    We were at the point we had most of

22  it built.  But we were trying to run it with a --

23  an electrical motor, with a gearbox.

24    Q.    Yep.

**ANDRE LAVALLEE**
**7/19/2001**

34

1          A.      Which didn't produce a very good

2    cut.

3          Q.      Had a prototype been built?

4          A.      This was the prototype.  Or, I'm

5    sorry, there was a prototype before that, which

6    was very crude in nature.

7          Q.      And where is that device currently

8    located?

9          A.      That was all cut up and parts used

10   for different things.

11         Q.      Okay, when was that device

12   fabricated?

13         A.      Mid-1970s.

14         Q.      And by whom was that fabricated?

15         A.      By L&P Converters.

16                 MR. HOLLAND:  Clarify:  What did you

17         say?  Mid -- mid what?

18         A.      1970s -- I'm -- '97.  I'm sorry.  I

19   keep doing that.  1997.

20         Q.      (By Mr. Gorman)  And what did they

21   do?  Did they ever take that prototype out

22   anywhere?

23         A.      No.

24         Q.      Tested merely inside.