UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| P&M SERVICES, INC., | ) | CIVIL ACTION NO. 04-40173-FDS |
| Plaintiff | ) | (BBO #633929) |
| | ) | |
| v. | ) | |
| | ) | |
| ANDRE LAVALLEE, | ) | |
| Defendant | ) | |

## MOTION FOR LEAVE TO FILE REPLY BRIEF

Now comes defendant, Andre Lavallee ("Lavallee"), and moves this court for leave to file a reply brief in support of his Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6). In support of this motion, Lavallee states that his reply brief will assist the court in reaching a decision on the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

WHEREFORE, defendant Andre Lavallee respectfully requests that this Court grant him leave to file the reply brief enclosed herewith in support of his Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

ANDRE LAVALLEE
By his attorneys,

/s/James P. Hoban
James P. Hoban
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

and

Seth E. Rodack (#P55738)
Brooks Kushman, P.C.
1000 Town Center
Twenty-Second Floor
Southfield, MI 48075-1238
(248) 358-4400

October 29, 2004

{J:\CLIENTS\lit\300487\0003\00482608.DOC;1}

## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(A)(2), I, James P. Hoban, local counsel for defendant Andre Lavallee ("Lavallee"), hereby certify that in an attempt in good faith to resolve or narrow the issues which are the subject of the Motion for Leave to File Reply Brief, I participated in a telephone conference call with Seth Rodack, Michigan counsel for Lavallee, and Mark Demorest, Michigan counsel for P&M Services, Inc. ("P&M"), on October 28, 2004. I also spoke with local counsel for P&M, J. Kevin Grogan, on October 28, 2004, by telephone. However, the parties were unable to reach agreement on the Motion for Leave to File Reply Brief or narrow the areas of disagreement.

/s/James P. Hoban
James P. Hoban