UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

P&M SERVICES, INC., a Tennessee corporation,

        Plaintiff,

v

ANDRE LAVALLEE,

        Defendant.

Case No. 04-40173-FDS
(Docket No. 5270-01)

### AFFIDAVIT OF MARK S. DEMOREST

I, Mark S. Demorest, being first duly sworn, deposes and states as follows:

1. I am admitted to practice law in all Courts in the State of Michigan, as well as in the United States District Courts for the Eastern and Western Districts of Michigan; the Eastern District of Wisconsin and the Central District of Illinois; the United States Courts of Appeals for the Fourth; Sixth and Seventh Circuits; and the United States Supreme Court.

2. I am a member in good standing in every Court to which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any of the jurisdictions to which I am admitted.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. J. Kevin Grogan, who I understand to be admitted to practice in the Commonwealth of Massachusetts and Connecticut, and the United States District Court for the District of Massachusetts and Connecticut, has previously filed an appearance in this action.

Signed under the pains and penalties of perjury this 5th day of April 2005.

_____
Mark S. Demorest (P35912)

COUNTY OF WAYNE       )
                      )ss
STATE OF MICHIGAN     )

Subscribed and sworn to before me on the
5th day of April, 2005.

_____

Notary Public, Wayne County, Michigan.
Commission expires  4-6-06  .

P:\Demorest\Thomas, Karl\Norkol - Fibercore\Gubb\Lavallee (Mass.)\p-affidavit MSD.doc

2