UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| P & M SERVICES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANDRE LAVALLEE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)  04-40173-FDS<br>)<br>)<br>)<br>)<br>) |

### TRANSFER ORDER

**SAYLOR, J.**

At the motion hearing of April 13, 2005, the parties consented to transfer this matter to the United States District Court for the Eastern District of Michigan for consolidation with a related lawsuit, *Martin Gubb v. P&M Services, Inc.*, Civil Action No. 2:04-cv-72432. With the consent of the parties and for the convenience of parties and witnesses, and in the interest of justice, it is hereby ORDERED that this case be transferred to the Eastern District of Michigan for consolidation with Civil Action No. 2:04-cv-72432, pursuant to 28 U.S.C. § 1404(a).

**So Ordered.**

                                                                        /s/ F. Dennis Saylor
                                                                       F. Dennis Saylor IV
                                                                       United States District Judge

Dated: April 13, 2005