UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Clerk's Office
Harold D. Donohue Federal Bldg. & Courthouse
595 Main Street, Suite 502
Worcester, MA   01608
508-929-9900

TO: John P. Mayer, Clerk of Court
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Our Case No.: 04-CV-40173FDS
Case Caption:
P&M Services, Inc. V Andre Lavalle

Please be advised that this case has been transferred to: The United States District Court for the District of Michigan

Attached please find a copy of the INTERNAL docket sheet and a copy of the transfer order.

Following are instructions for retrieving the electronic case filings:

- Go to the Court's web site - www.mad.uscourts.gov
- Select Case Information and Click on CM/ECF - Pacer System
- At login type: your court's PACER login and password
  - Skip "Client Code". Click login

- Once you are into CM/ECF, to print the public docket sheet click:
  - Reports, Docket Sheet, Type in Case number and Run Report and then print

- To save the docket as a PDF file, go to print and change the printer to Acrobat Writer/Distiller and save as a PDF file to be retrieved later.

- To print each item on the docket sheet click on the underlined document number and print.

- To save a copy of the document to add to your docket, click on the disk icon on the menu bar under the blue CM/ECF menu bar and save as a PDF file in a folder to be retrieved later.
  - If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. The entry will be just what is printed on the docket sheet.

NOTE: ONCE YOU HAVE RETRIEVED THE NECESSARY INFORMATION PLEASE
E-mail me at sherry_jones@mad.uscourts.gov   with your court's case information.

Thank You

Date: April 15, 2005

SARAH THORNTON, Clerk
By: Sherry Jones
Deputy Clerk

I have also included hard copy documents along with a sealed document from our original file.
Docs #17,14, 2, 1.