UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

US District Court
595 Main St.
Worcester, MA 01608

04-40173



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)    B. Date of Delivery 4/18/05<br>C. Signature  Charles Guesthouse   ☐ Agent  ☑ Addressee |
| 1. Article Addressed to:<br>USDC<br>814 Theodore Levin US Courthouse<br>231 West Lafayette Blvd<br>Detroit, MI 48226 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>   ☑ Certified Mail   ☐ Express Mail<br>   ☐ Registered      ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7004 0750 0005 7801 5206 | |

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952